GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant WARNKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY WARNKE, Defendant. | No. 5:21-mj-70996-MAG<br><br>STIPULATION AND ORDER TO CONTINUE ATTORNEY APPOINTMENT AND DETENTION HEARING<br><br>**Hon. Donna M. Ryu** |
|---|---|

    Defendant Timothy Warnke and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the attorney appointment and detention hearing set for June 22, 2021 may be continued to June 23, 2021. The reason for the requested continuance is that pretrial services and defense counsel need an additional day to put together a proposal for bail.

    The parties additionally stipulate and agree that time shall be waived from June 22, 2021 to June 23, 2021 for purposes of the Speedy Trial Act pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The parties agree that this waiver of time is necessary for the defense to effectively prepare Mr. Warnke's case.

    Defense counsel has conferred with Pretrial Services Officer Ana Mendoza and she concurs in this request.

//
//

STIPULATION AND ORDER
5:21-mj-70996-MAG

IT IS SO STIPULATED.

Dated: June 21, 2021

GEOFFREY A. HANSEN
Acting Federal Defender
_____/s/_____
Tamara Crepet
Assistant Federal Public Defender

Dated: June 21, 2021

STEPHANIE M. HINDS
United States Attorney
_____/s/_____
Jeffrey Backhus
Assistant United States Attorney

## ORDER

Upon agreement and stipulation of the defendant Timothy Warnke, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Timothy Warnke's attorney appointment and detention hearing be continued to June 23, 2021.

It is further ORDERED that the defendant has waived time for purposes of 18 U.S.C. § 3161(h), and specifically, that he has waived time from June 22, 2021 to June 23, 2021.

IT IS SO ORDERED.

Dated: June 22, 2021

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ORDER
5:21-mj-70996-MAG