# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>TIMOTHY WADE WARNKE,<br><br>Defendants. | Case No. 5:21-mj-70996-MAG-1 (DMR)<br><br>Charging District: District of Arizona, Tucson<br><br>Charging District's Case No.:<br>CR20-02516 TUC-JCH(DTF) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: Evo A. DeConcini United States Courthouse<br>405 West Congress Street<br>Tucson, Arizona 85701-5040 | Courtroom of: Mag. Judge Leslie A. Bowman |
| | Date and Time: July 22, 2021 at 2:00 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 25, 2021

_____
Donna M. Ryu
United States District Judge